## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **EAGLE AUTO PARTS, INC., et al.,**  Plaintiffs,  ~ vs ~  **CITY OF CLEVELAND,**  Defendant. | CASE NO.:  1:15-CV-01450-JG  JUDGE JAMES S. GWIN |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**NOW COME** the Parties, by and through their undersigned counsel, and pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate that the above-encaptioned litigation should be dismissed without prejudice, each Party to bear its/his/her own Court costs and legal fees.

Respectfully submitted,

| | |
|---|---|
| /s/ - Roger M. Synenberg, Esq.  **ROGER SYNENBERG** (0032517)  **DOMINIC COLETTA** (0078082)  **CLARE C. MORAN** (0081134)  SYNENBERG, COLETTA & MORAN  55 Public Square, Suite 1331  Cleveland, Ohio 44113  (216) 622-2727 – Telephone  (216) 622-2707 – Facsimile  lawoffice@synenberg.com – Email  *Counsel for* **PLAINTIFF**  ***Carmine Agnello*** | TIMOTHY J. McGINTY  CUYAHOGA COUNTY PROSECUTOR  /s/ - Matthew E. Meyer, Esq.  **MATTHEW E. MEYER** (0075253)  **JENNIFER MEYER** (0077853)  Assistant Prosecuting Attorneys  The Justice Center, 8th Floor  1200 Ontario Street  Cleveland, Ohio 44113  (216) 443-7821 – Telephone  mmeyer@prosecutor.cuyahogacounty.us  *Counsel for* **STATE OF OHIO** |

/s/ - Ian N. Friedman, Esq.
**IAN N. FRIEDMAN** (0068630)
**ANNE WALTON KELLER** (0086713)
Mccarthy, Lebit, Crystal & Liffman
101 West Prospect Avenue, Suite 1800
Cleveland, Ohio 44115
(216) 696-1422 – Telephone
(216) 696-1210 – Facsimile
ifriedman@mccarthylebit.com – Email
awk@mccarthylebit.com – Email
*Counsel for* **PLAINTIFF**
***Carmine Agnello***

/s/ - Shawn M. Mallamad
**SHAWN M. MALLAMAD** (0011398)
Assistant Director of Law
**AIKATERINI HOUSTON** (0086262)
Assistant Director of Law
City of Cleveland Law Department
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
(216) 664-2800 – Telephone
(216) 664-2663 – Facsimile
SMallamad@city.cleveland.oh.us – Email
AHouston@city.cleveland.oh.us – Email
*Counsel for* **DEFENDANT**
***City of Cleveland***

/s/ - Angelo F. Lonardo, Esq.
**YELSKY & LONARDO**
**BY:  ANGELO F. LONARDO** (0032274)
**BY:  MITCHELL J. YELSKY** (0039295)
323 Lakeside Avenue West, Suite 450
Cleveland, Ohio  44113
(216) 781-2550 - Telephone
(216) 781-6688 - Facsimile
AFLonardo@yelskylonardo.com – Email
MJY@yelskylonardo.com - Email
*Counsel for* **PLAINTIFFS**
***Eagle Auto Parts, Inc.,***
***Eagle Auto Parts,***
***Charity Towing, LLC,***
*and* ***Danielle Agnello***